# Exhibit 2

Charted Claim:

Method Claim: 01

| US6978301B2 | Homey Pro ("Accused Product") |
|---|---|
| 1. A method for communicating with a network device, the method comprising the steps of: | The accused product discloses method for communicating with a network device (e.g., end device).<br><br><br><br>https://web.archive.org/web/20220122172056/https://homey.app/en-us/homey-pro/#toc-wireless |

- Wi-Fi (2.4 GHz) connects to many smart home devices on the LAN and Cloud.
- Bluetooth LE (2.4 GHz) is a low-power protocol for a variety of smart home devices.
- Zigbee (2.4 GHz) is a mesh-based protocol used mainly for lights and sensors.
- Z-Wave (868 MHz) is a mesh-based protocol used mainly for sensors, locks and plugs.
- 868 MHz is a carrier frequency used by other brands with their own protocol.
- 433 MHz is a carrier frequency used by other brands with their own protocol.
- Infrared connects your older devices, and needs a direct line-of-sight.

https://web.archive.org/web/20220122172056/https://homey.app/en-us/homey-pro/#toc-wireless

| Spec | y Pro mini 2025 | Homey Pro Early 2023 | Homey Pro Early 2019 | H Ea |
|---|---|---|---|---|
| **Performance** | | | | |
| CPU | re 1.5 GHz | Quad-core 1.5 GHz | Dual-core 1 GHz | Single- |
| Memory | GB | 2 GB | 1 GB | 5 |
| Flash storage | GB | 8 GB | 4 GB | |
| **Connectivity** | | | | |
| Wi-Fi | — | 2.4/5 GHz b/g/n/ac | 2.4 GHz b/g/n | 2.4 G |
| Bluetooth | — | 5.0 LE | 4.0 LE | 4 |
| Zigbee | 4 GHz | 2.4 GHz | 2.4 GHz | 2. |
| Z-Wave | — | Plus 700 | Plus 500 | Pl |

https://support.homey.app/hc/en-us/articles/360015447093-Comparing-the-existing-Homey-Pro-models

| receiving a network device identifier, the network device identifier corresponding to the network device; | The accused product discloses receiving a network device identifier (e.g., MAC extended address), the network device identifier (e.g., MAC extended address) corresponding to the network device (e.g., end device). As shown below, the accused product discloses that an end device (e.g., network device) transmits an Association Request to the accused product (e.g., Access Point). The Association Request includes Source Address field (e.g., network device identifier) containing MAC extended address corresponding to the end device. Furthermore, the Association Request comprises a Capability Information field which indicates the end device capabilities, device type, etc. **Coordinator:** This is an IEEE 802.15.4 device responsible for associating and disassociating devices into its PAN. A coordinator must be a full-function device (FFD). Source: Zigbee Specification – 2015 |

## Pair Zigbee routers first

Zigbee has three types of devices: Coordinators, Routers, and End Devices. Homey is the Coordinator. All other devices are either *routers* or *end devices*. Generally, Zigbee devices that are mains-powered, i.e., they are connected to your home's electrical system, are *routers*. Battery-powered devices are *end devices*.



https://support.homey.app/hc/en-us/articles/360019239879-Creating-a-stable-Zigbee-network-with-Homey-Pro

### 7.5.2 Association Request command

This command shall only be sent by an unassociated device that wishes to associate with a PAN. A device shall only associate with a PAN through the PAN coordinator or a coordinator allowing association, as determined through the scan procedure.

All devices, except for RFD-RX and RFD-TX devices, shall be capable of transmitting this command, although an RFD is not required to be capable of receiving it.

The Source Addressing Mode field shall be set to indicate extended addressing. The Destination Addressing Mode field shall be set to the same mode as indicated in the Beacon frame to which the Association Request command refers.

The Frame Pending field shall be set to zero and ignored upon reception, and the AR field shall be set to one.

The Destination PAN ID field shall contain the identifier of the PAN to which to associate. The Destination Address field shall contain the address from the Beacon frame that was transmitted by the coordinator to which the Association Request command is being sent. If the Version field is set to 0b10, the Source PAN ID field is omitted. Otherwise, the Source PAN ID field shall contain the broadcast PAN ID. The Source Address field shall contain the value of *macExtendedAddress*.

The Association Request command Content field shall be formatted as illustrated in Figure 7-107.

| Octets: 1 |
| --- |
| Capability Information |

Source: IEEE Std 802.15.4-2020

| Octets: 1 |
|---|
| Capability Information |

**Figure 7-107—Association Request command Content field format**

The Capability Information field shall be formatted as illustrated in Figure 7-108.

| Bits: 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Reserved | Device Type | Power Source | Receiver On When Idle | Association Type | Reserved | Security Capability | Allocate Address |

**Figure 7-108—Capability Information field format**

The Device Type field shall be set to one if the device is an FFD. Otherwise, the Device Type field shall be set to zero to indicate an RFD.

The Power Source field shall be set to one if the device is receiving power from the alternating current mains. Otherwise, the Power Source field shall be set to zero.

The Receiver On When Idle field shall be set to one if the device does not disable its receiver to conserve power during idle periods. Otherwise, the Receiver On When Idle field shall be set to zero.

The Security Capability field shall be set to one if the device is capable of sending and receiving cryptographically protected MAC frames as specified in 9.2; it shall be set to zero otherwise.

The Allocate Address field shall be set to one if the device wishes the coordinator to allocate a short address as a result of the association procedure. Otherwise, it shall be set to zero.

Source: IEEE Std 802.15.4-2020

| | |
|---|---|
| retrieving a command-format template from a | The accused product discloses retrieving a command-format template (e.g., Zigbee APDU Frame Format) from a repository (e.g., firmware) containing a plurality of command- |

| repository containing a plurality of command-format templates, wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field; | format templates (e.g., Bluetooth Basic Rate Packet Format, Zigbee APDU Frame Format, etc.,), wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field (e.g., 'Cluster ID' field). |
|---|---|
|  | As shown below, the accused product discloses that an end device (e.g., network device) transmits an Association Request to the accused product. The Association Request includes Source Address field (e.g., network device identifier) containing MAC extended address corresponding to the end device. Furthermore, the Association Request comprises a Capability Information field which indicates the end device capabilities, device type, etc. |
|  | Further, as shown below, the accused product supports multiple protocols to communicate with the connected end devices. It selects Zigbee APDU frame format based on the Association Request from the plurality of frame formats including Bluetooth protocol Frame Format, etc. The APDU format of the Zigbee Specification includes a 'Cluster ID' field which is the attribute field for the device specific command. |

### 7.5.2 Association Request command

This command shall only be sent by an unassociated device that wishes to associate with a PAN. A device shall only associate with a PAN through the PAN coordinator or a coordinator allowing association, as determined through the scan procedure.

All devices, except for RFD-RX and RFD-TX devices, shall be capable of transmitting this command, although an RFD is not required to be capable of receiving it.

The Source Addressing Mode field shall be set to indicate extended addressing. The Destination Addressing Mode field shall be set to the same mode as indicated in the Beacon frame to which the Association Request command refers.

The Frame Pending field shall be set to zero and ignored upon reception, and the AR field shall be set to one.

The Destination PAN ID field shall contain the identifier of the PAN to which to associate. The Destination Address field shall contain the address from the Beacon frame that was transmitted by the coordinator to which the Association Request command is being sent. If the Version field is set to 0b10, the Source PAN ID field is omitted. Otherwise, the Source PAN ID field shall contain the broadcast PAN ID. The Source Address field shall contain the value of *macExtendedAddress*.

The Association Request command Content field shall be formatted as illustrated in Figure 7-107.

| Octets: 1 |
| --- |
| Capability Information |

Source: IEEE Std 802.15.4-2020



**Figure 7-107—Association Request command Content field format**

The Capability Information field shall be formatted as illustrated in Figure 7-108.

| Bits: 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---------|---|---|---|---|---|---|---|
| Reserved | Device Type | Power Source | Receiver On When Idle | Association Type | Reserved | Security Capability | Allocate Address |

**Figure 7-108—Capability Information field format**

The Device Type field shall be set to one if the device is an FFD. Otherwise, the Device Type field shall be set to zero to indicate an RFD.

The Power Source field shall be set to one if the device is receiving power from the alternating current mains. Otherwise, the Power Source field shall be set to zero.

The Receiver On When Idle field shall be set to one if the device does not disable its receiver to conserve power during idle periods. Otherwise, the Receiver On When Idle field shall be set to zero.

The Security Capability field shall be set to one if the device is capable of sending and receiving cryptographically protected MAC frames as specified in 9.2; it shall be set to zero otherwise.

The Allocate Address field shall be set to one if the device wishes the coordinator to allocate a short address as a result of the association procedure. Otherwise, it shall be set to zero.

Source: IEEE Std 802.15.4-2020

## 5.2  ACL CONTROL LOGICAL LINK (ACL-C)

The ACL-C logical link shall carry control information exchanged between the link managers of the master and the slave(s). The ACL-C logical link shall use DM1 or DV packets. DV packets shall only be used on the ACL-C link if the ACL-C message is less than or equal to 9 bytes and an HV1 synchronous logical transport is in use. The ACL-C logical link is indicated by the LLID code 11b in the payload header.

Source: Bluetooth Specification 4.0

Bluetooth devices shall use the packets as defined in the following sections.

## 6.1  GENERAL FORMAT

### 6.1.1  Basic Rate

The general packet format of Basic Rate packets is shown in Figure 6.1 on page 115. Each packet consists of 3 entities: the access code, the header, and the payload. In the figure, the number of bits per entity is indicated.



| LSB  68/72 | 54 | 0 - 2790  MSB |
|------------|--------|---------------|
| ACCESS CODE | HEADER | PAYLOAD |

Figure 6.1:  General Basic Rate packet format

Source: Bluetooth Specification 4.0

**Coordinator:** This is an IEEE 802.15.4 device responsible for associating and disassociating devices into its PAN. A coordinator must be a full-function device (FFD).

Source: Zigbee Specification – 2015

### 2.2.5.1    General APDU Frame Format

The APS frame format is composed of an APS header and an APS payload. The fields of the APS header appear in a fixed order, however, the addressing fields may not be included in all frames. The general APS frame shall be formatted as illustrated in Figure 2.2.

**Figure 2.2 General APS Frame Format**

Zigbee APDU frame format

| Octets: 1 | 0/1 | 0/2 | 0/2 | 0/2 | 0/1 | 1 | 0/ Variable | Variable |
|---|---|---|---|---|---|---|---|---|
| Frame control | Destination endpoint | Group address | Cluster identifier | Profile identifier | Source endpoint | APS counter | Extended header | Frame payload |
| | Addressing fields | | | | | | | |
| APS header | | | | | | | | APS pay-load |

Source: Zigbee Specification – 2015

### 2.2.5.1.2    Destination Endpoint Field

The destination endpoint field is 8-bits in length and specifies the endpoint of the final recipient of the frame. This frame shall be included in the frame only if the delivery mode subfield is set to 0b00 (normal unicast delivery), or 0b10 (broadcast delivery). In the case of broadcast delivery, the frame shall be delivered to the destination endpoint specified within the range 0x01-0xfe or to all active endpoints if specified as 0xff.

A destination endpoint value of 0x00 addresses the frame to the ZigBee device object (ZDO), resident in each device. A destination endpoint value of 0x01-0xfe addresses the frame to an application operating on that endpoint. A destination endpoint value of 0xff addresses the frame to all active endpoints except endpoint 0x00.

Source: Zigbee Specification – 2015

### 2.2.5.1.4    Cluster Identifier Field

The cluster identifier field is 16 bits in length and specifies the identifier of the cluster to which the frame relates and which shall be made available for filtering and interpretation of messages at each device that takes delivery of the frame. This field shall be present only for data or acknowledgement frames.

Source: Zigbee Specification – 2015

**Cluster:** This is an application message, which may be a container for one or more attributes. As an example, the ZigBee Device Profile defines commands and responses. These are contained in Clusters with the cluster identifiers enumerated for each command and response. Each ZigBee Device Profile message is then defined as a cluster. Alternatively, an application profile may create sub-types within the cluster known as attributes. In this case, the cluster is a collection of attributes specified to accompany a specific cluster identifier (sub-type messages.)

**Cluster identifier:** This is a reference to an enumeration of clusters within a specific application profile or collection of application profiles. The cluster identifier is a 16-bit number unique within the scope of each application profile and identifies a specific cluster. Conventions may be established across application profiles for common definitions of cluster identifiers whereby each application profile defines a set of cluster identifiers identically. Cluster identifiers are designated as inputs or outputs in the simple descriptor for use in creating a binding table.

Source: Zigbee Specification – 2015

### 3.1.1    Introduction

The clusters specified in this document are included here because they are sufficiently general to be of use across a wide range of application domains. Many of these clusters are utility clusters.

### 3.1.2    Cluster List

The clusters defined in this document are listed in Table 3-1 to Table 3-3.

**Table 3-1. Device Configuration and Installation Clusters**

| ID | Cluster Name | Description |
|---|---|---|
| 0x0000 | Basic | Attributes for determining basic information about a device, setting user device information such as description of location, and enabling a device. |
| 0x0001 | Power Configuration | Attributes for determining more detailed information about a device's power source(s), and for configuring under/over voltage alarms. |
| 0x0002 | Device Temperature configuration | Attributes for determining information about a device's internal temperature, and for configuring under/over temperature alarms. |
| 0x0003 | Identify | Attributes and commands for putting a device into Identification mode (e.g., flashing a light) |

Source: Zigbee Cluster Library Specification – 2016

<table>
<tr><td colspan="2"><strong>Table 3-3. On/Off and Level Control Clusters</strong>

| ID | Name | Description |
|---|---|---|
| 0x0006 | On/Off | Attributes and commands for switching devices between 'On' and 'Off' states. |
| 0x0007 | On/Off Switch Configuration | Attributes and commands for configuring on/off switching devices |
| 0x0008 | Level Control | Attributes and commands for controlling a characteristic of devices that can be set to a level between fully 'On' and fully 'Off'. |

Source: Zigbee Cluster Library Specification – 2016
</td></tr>
<tr><td>identifying attribute data corresponding to the attribute field;</td>
<td>

The standard discloses identifying attribute data (e.g., 'Cluster ID' field value i.e., 0x0008) corresponding to the attribute field (e.g., 'Cluster ID' field).

As shown below, the accused product selects Zigbee APDU frame format based on the Association Request from the plurality of frame formats including Bluetooth protocol Frame Format, etc. The APDU format of the Zigbee Specification includes a 'Cluster ID' field which is the attribute field for the device specific command. The Cluster ID field indicates the specific command for the end device, in this case, 0x0008 represents 'Level Control' for controlling a characteristic of device that can be set to a level between fully 'On' and fully 'Off'.

**Coordinator:** This is an IEEE 802.15.4 device responsible for associating and disassociating devices into its PAN. A coordinator must be a full-function device (FFD).

Source: Zigbee Specification – 2015
</td></tr>
</table>

### 2.2.5.1    General APDU Frame Format

The APS frame format is composed of an APS header and an APS payload. The fields of the APS header appear in a fixed order, however, the addressing fields may not be included in all frames. The general APS frame shall be formatted as illustrated in Figure 2.2.

**Figure 2.2 General APS Frame Format**    Zigbee APDU frame format

| Octets: 1 | 0/1 | 0/2 | 0/2 | 0/2 | 0/1 | 1 | 0/ Variable | Variable |
|---|---|---|---|---|---|---|---|---|
| Frame control | Destination endpoint | Group address | Cluster identifier | Profile identifier | Source endpoint | APS counter | Extended header | Frame payload |
| | Addressing fields | | | | | | | APS payload |
| APS header | | | | | | | | |

Source: Zigbee Specification – 2015

### 2.2.5.1.2    Destination Endpoint Field

The destination endpoint field is 8-bits in length and specifies the endpoint of the final recipient of the frame. This frame shall be included in the frame only if the delivery mode subfield is set to 0b00 (normal unicast delivery), or 0b10 (broadcast delivery). In the case of broadcast delivery, the frame shall be delivered to the destination endpoint specified within the range 0x01-0xfe or to all active endpoints if specified as 0xff.

A destination endpoint value of 0x00 addresses the frame to the ZigBee device object (ZDO), resident in each device. A destination endpoint value of 0x01-0xfe addresses the frame to an application operating on that endpoint. A destination endpoint value of 0xff addresses the frame to all active endpoints except endpoint 0x00.

Source: Zigbee Specification – 2015

### 2.2.5.1.4    Cluster Identifier Field

The cluster identifier field is 16 bits in length and specifies the identifier of the cluster to which the frame relates and which shall be made available for filtering and interpretation of messages at each device that takes delivery of the frame. This field shall be present only for data or acknowledgement frames.

Source: Zigbee Specification – 2015

**Cluster:** This is an application message, which may be a container for one or more attributes. As an example, the ZigBee Device Profile defines commands and responses. These are contained in Clusters with the cluster identifiers enumerated for each command and response. Each ZigBee Device Profile message is then defined as a cluster. Alternatively, an application profile may create sub-types within the cluster known as attributes. In this case, the cluster is a collection of attributes specified to accompany a specific cluster identifier (sub-type messages.)

**Cluster identifier:** This is a reference to an enumeration of clusters within a specific application profile or collection of application profiles. The cluster identifier is a 16-bit number unique within the scope of each application profile and identifies a specific cluster. Conventions may be established across application profiles for common definitions of cluster identifiers whereby each application profile defines a set of cluster identifiers identically. Cluster identifiers are designated as inputs or outputs in the simple descriptor for use in creating a binding table.

Source: Zigbee Specification – 2015

### 3.1.1    Introduction

The clusters specified in this document are included here because they are sufficiently general to be of use across a wide range of application domains. Many of these clusters are utility clusters.

### 3.1.2    Cluster List

The clusters defined in this document are listed in Table 3-1 to Table 3-3.

**Table 3-1. Device Configuration and Installation Clusters**

| ID | Cluster Name | Description |
|---|---|---|
| 0x0000 | Basic | Attributes for determining basic information about a device, setting user device information such as description of location, and enabling a device. |
| 0x0001 | Power Configuration | Attributes for determining more detailed information about a device's power source(s), and for configuring under/over voltage alarms. |
| 0x0002 | Device Temperature configuration | Attributes for determining information about a device's internal temperature, and for configuring under/over temperature alarms. |
| 0x0003 | Identify | Attributes and commands for putting a device into Identification mode (e.g., flashing a light) |

Source: Zigbee Cluster Library Specification – 2016

**Table 3-3. On/Off and Level Control Clusters**

| ID | Name | Description |
|---|---|---|
| 0x0006 | On/Off | Attributes and commands for switching devices between 'On' and 'Off' states. |
| 0x0007 | On/Off Switch Configuration | Attributes and commands for configuring on/off switching devices |
| 0x0008 | Level Control | Attributes and commands for controlling a characteristic of devices that can be set to a level between fully 'On' and fully 'Off'. |

Source: Zigbee Cluster Library Specification – 2016

| generating the device-specific command for the network device using the retrieved command-format template and the identified attribute data; and | The accused product discloses generating the device-specific command (e.g., constructed Zigbee APDU Frame) for the network device (e.g., end device) using the retrieved command-format template (e.g., Zigbee APDU Frame Format) and the identified attribute data (e.g., 'Cluster ID' field value i.e., 0x0008).<br><br>As shown below, the accused product selects and generates a Zigbee APDU frame format based on the Association Request from the plurality of frame formats including Bluetooth protocol Frame Format, etc. The APDU format of the Zigbee Specification includes a 'Cluster ID' field which is the attribute field for the device specific command. The Cluster ID field indicates the specific command for the end device, in this case, 0x0008 represents 'Level Control' for controlling a characteristic of device that can be set to a level between fully 'On' and fully 'Off'. |

## Pair Zigbee routers first

Zigbee has three types of devices: Coordinators, Routers, and End Devices. Homey is the Coordinator. All other devices are either *routers* or *end devices*. Generally, Zigbee devices that are mains-powered, i.e., they are connected to your home's electrical system, are *routers*. Battery-powered devices are *end devices*.



https://support.homey.app/hc/en-us/articles/360019239879-Creating-a-stable-Zigbee-network-with-Homey-Pro

Homey Pro can handle up to 15 direct 'children'. These are either routers or end devices that are connected *directly* to Homey.

This does **not** mean, however, that you can connect only 15 Zigbee devices to Homey Pro: devices can also be connected to Homey indirectly via *routers* that relay commands.

Therefore, we recommend starting by pairing several routers first. Ideally, strategically placed throughout the network's range. These routers will then allow more end devices to be paired to Homey.

https://support.homey.app/hc/en-us/articles/360019239879-Creating-a-stable-Zigbee-network-with-Homey-Pro

**Coordinator:** This is an IEEE 802.15.4 device responsible for associating and disassociating devices into its PAN. A coordinator must be a full-function device (FFD).

Source: Zigbee Specification – 2015

### 2.2.5.1    General APDU Frame Format

The APS frame format is composed of an APS header and an APS payload. The fields of the APS header appear in a fixed order, however, the addressing fields may not be included in all frames. The general APS frame shall be formatted as illustrated in Figure 2.2.

**Figure 2.2 General APS Frame Format**

Zigbee APDU frame format

| Octets: 1 | 0/1 | 0/2 | 0/2 | 0/2 | 0/1 | 1 | 0/ Variable | Variable |
|---|---|---|---|---|---|---|---|---|
| Frame control | Destination endpoint | Group address | Cluster identifier | Profile identifier | Source endpoint | APS counter | Extended header | Frame payload |
| | Addressing fields | | | | | | | |
| APS header | | | | | | | | APS pay-load |

Source: Zigbee Specification – 2015

### 2.2.5.1.2    Destination Endpoint Field

The destination endpoint field is 8-bits in length and specifies the endpoint of the final recipient of the frame. This frame shall be included in the frame only if the delivery mode subfield is set to 0b00 (normal unicast delivery), or 0b10 (broadcast delivery). In the case of broadcast delivery, the frame shall be delivered to the destination endpoint specified within the range 0x01-0xfe or to all active endpoints if specified as 0xff.

A destination endpoint value of 0x00 addresses the frame to the ZigBee device object (ZDO), resident in each device. A destination endpoint value of 0x01-0xfe addresses the frame to an application operating on that endpoint. A destination endpoint value of 0xff addresses the frame to all active endpoints except endpoint 0x00.

Source: Zigbee Specification – 2015

### 2.2.5.1.4    Cluster Identifier Field

The cluster identifier field is 16 bits in length and specifies the identifier of the cluster to which the frame relates and which shall be made available for filtering and interpretation of messages at each device that takes delivery of the frame. This field shall be present only for data or acknowledgement frames.

Source: Zigbee Specification – 2015

**Cluster:** This is an application message, which may be a container for one or more attributes. As an example, the ZigBee Device Profile defines commands and responses. These are contained in Clusters with the cluster identifiers enumerated for each command and response. Each ZigBee Device Profile message is then defined as a cluster. Alternatively, an application profile may create sub-types within the cluster known as attributes. In this case, the cluster is a collection of attributes specified to accompany a specific cluster identifier (sub-type messages.)

**Cluster identifier:** This is a reference to an enumeration of clusters within a specific application profile or collection of application profiles. The cluster identifier is a 16-bit number unique within the scope of each application profile and identifies a specific cluster. Conventions may be established across application profiles for common definitions of cluster identifiers whereby each application profile defines a set of cluster identifiers identically. Cluster identifiers are designated as inputs or outputs in the simple descriptor for use in creating a binding table.

Source: Zigbee Specification – 2015

### 3.1.1    Introduction

The clusters specified in this document are included here because they are sufficiently general to be of use across a wide range of application domains. Many of these clusters are utility clusters.

### 3.1.2    Cluster List

The clusters defined in this document are listed in Table 3-1 to Table 3-3.

**Table 3-1. Device Configuration and Installation Clusters**

| ID | Cluster Name | Description |
|---|---|---|
| 0x0000 | Basic | Attributes for determining basic information about a device, setting user device information such as description of location, and enabling a device. |
| 0x0001 | Power Configuration | Attributes for determining more detailed information about a device's power source(s), and for configuring under/over voltage alarms. |
| 0x0002 | Device Temperature configuration | Attributes for determining information about a device's internal temperature, and for configuring under/over temperature alarms. |
| 0x0003 | Identify | Attributes and commands for putting a device into Identification mode (e.g., flashing a light) |

Source: Zigbee Cluster Library Specification – 2016

**Table 3-3. On/Off and Level Control Clusters**

| ID | Name | Description |
|---|---|---|
| 0x0006 | On/Off | Attributes and commands for switching devices between 'On' and 'Off' states. |
| 0x0007 | On/Off Switch Configuration | Attributes and commands for configuring on/off switching devices |
| 0x0008 | Level Control | Attributes and commands for controlling a characteristic of devices that can be set to a level between fully 'On' and fully 'Off'. |

Source: Zigbee Cluster Library Specification – 2016

| | |
|---|---|
| providing the generated device-specific command to the network device. | The standard discloses providing the generated device-specific command (e.g., constructed Zigbee APDU Frame) to the network device (e.g., end device).<br><br>As shown below, the accused product selects and generates a Zigbee APDU frame format based on the Association Request from the plurality of frame formats including Bluetooth protocol Frame Format, etc. The APDU format of the Zigbee Specification includes a 'Cluster ID' field which is the attribute field for the device specific command. The Cluster ID field indicates the specific command for the end device, in this case, 0x0008 represents 'Level Control' for controlling a characteristic of device that can be set to a level between fully 'On' and fully 'Off'. Further, the accused product sends the APDU frame to the end device. |

### 1.1.4    Network Topology

The ZigBee network layer (NWK) supports star, tree, and mesh topologies. In a star topology, the network is controlled by one single device called the ZigBee coordinator. The ZigBee coordinator is responsible for initiating and maintaining the devices on the network. All other devices, known as end devices, directly communicate with the ZigBee coordinator. In mesh and tree topologies, the ZigBee coordinator is responsible for starting the network and for choosing certain key network parameters, but the network may be extended through the use of ZigBee routers. In tree networks, routers move data and control messages through the network using a hierarchical routing strategy. Tree networks may employ beacon-oriented communication as described in the IEEE 802.15.4 specification. Mesh networks allow full peer-to-peer communication. ZigBee routers in mesh networks do not currently emit regular IEEE 802.15.4 beacons. This specification describes only intra-PAN networks, that is, networks in which communications begin and terminate within the same network.

Source: Zigbee Specification – 2015

## Pair Zigbee routers first

Zigbee has three types of devices: Coordinators, Routers, and End Devices. Homey is the Coordinator. All other devices are either *routers* or *end devices*. Generally, Zigbee devices that are mains-powered, i.e., they are connected to your home's electrical system, are *routers*. Battery-powered devices are *end devices*.



https://support.homey.app/hc/en-us/articles/360019239879-Creating-a-stable-Zigbee-network-with-Homey-Pro

|  | Homey Pro can handle up to 15 direct 'children'. These are either routers or end devices that are connected *directly* to Homey.

This does **not** mean, however, that you can connect only 15 Zigbee devices to Homey Pro: devices can also be connected to Homey indirectly via *routers* that relay commands.

Therefore, we recommend starting by pairing several routers first. Ideally, strategically placed throughout the network's range. These routers will then allow more end devices to be paired to Homey.

https://support.homey.app/hc/en-us/articles/360019239879-Creating-a-stable-Zigbee-network-with-Homey-Pro

**Coordinator:** This is an IEEE 802.15.4 device responsible for associating and disassociating devices into its PAN. A coordinator must be a full-function device (FFD).

Source: Zigbee Specification – 2015 |
| --- | --- |

### 2.2.5.1    General APDU Frame Format

The APS frame format is composed of an APS header and an APS payload. The fields of the APS header appear in a fixed order, however, the addressing fields may not be included in all frames. The general APS frame shall be formatted as illustrated in Figure 2.2.

**Figure 2.2 General APS Frame Format**

Zigbee APDU frame format

| Octets: 1 | 0/1 | 0/2 | 0/2 | 0/2 | 0/1 | 1 | 0/ Variable | Variable |
|---|---|---|---|---|---|---|---|---|
| Frame control | Destination endpoint | Group address | Cluster identifier | Profile identifier | Source endpoint | APS counter | Extended header | Frame payload |
| | Addressing fields | | | | | | | APS pay-load |
| APS header | | | | | | | | |

Source: Zigbee Specification – 2015

### 2.2.5.1.2    Destination Endpoint Field

The destination endpoint field is 8-bits in length and specifies the endpoint of the final recipient of the frame. This frame shall be included in the frame only if the delivery mode subfield is set to 0b00 (normal unicast delivery), or 0b10 (broadcast delivery). In the case of broadcast delivery, the frame shall be delivered to the destination endpoint specified within the range 0x01-0xfe or to all active endpoints if specified as 0xff.

A destination endpoint value of 0x00 addresses the frame to the ZigBee device object (ZDO), resident in each device. A destination endpoint value of 0x01-0xfe addresses the frame to an application operating on that endpoint. A destination endpoint value of 0xff addresses the frame to all active endpoints except endpoint 0x00.

Source: Zigbee Specification – 2015

### 2.2.5.1.4    Cluster Identifier Field

The cluster identifier field is 16 bits in length and specifies the identifier of the cluster to which the frame relates and which shall be made available for filtering and interpretation of messages at each device that takes delivery of the frame. This field shall be present only for data or acknowledgement frames.

Source: Zigbee Specification – 2015

**Cluster:** This is an application message, which may be a container for one or more attributes. As an example, the ZigBee Device Profile defines commands and responses. These are contained in Clusters with the cluster identifiers enumerated for each command and response. Each ZigBee Device Profile message is then defined as a cluster. Alternatively, an application profile may create sub-types within the cluster known as attributes. In this case, the cluster is a collection of attributes specified to accompany a specific cluster identifier (sub-type messages.)

**Cluster identifier:** This is a reference to an enumeration of clusters within a specific application profile or collection of application profiles. The cluster identifier is a 16-bit number unique within the scope of each application profile and identifies a specific cluster. Conventions may be established across application profiles for common definitions of cluster identifiers whereby each application profile defines a set of cluster identifiers identically. Cluster identifiers are designated as inputs or outputs in the simple descriptor for use in creating a binding table.

Source: Zigbee Specification – 2015

### 3.1.1   Introduction

The clusters specified in this document are included here because they are sufficiently general to be of use across a wide range of application domains. Many of these clusters are utility clusters.

### 3.1.2   Cluster List

The clusters defined in this document are listed in Table 3-1 to Table 3-3.

**Table 3-1. Device Configuration and Installation Clusters**

| ID | Cluster Name | Description |
|---|---|---|
| 0x0000 | Basic | Attributes for determining basic information about a device, setting user device information such as description of location, and enabling a device. |
| 0x0001 | Power Configuration | Attributes for determining more detailed information about a device's power source(s), and for configuring under/over voltage alarms. |
| 0x0002 | Device Temperature configuration | Attributes for determining information about a device's internal temperature, and for configuring under/over temperature alarms. |
| 0x0003 | Identify | Attributes and commands for putting a device into Identification mode (e.g., flashing a light) |

Source: Zigbee Cluster Library Specification – 2016

**Table 3-3. On/Off and Level Control Clusters**

| ID | Name | Description |
|---|---|---|
| 0x0006 | On/Off | Attributes and commands for switching devices between 'On' and 'Off' states. |
| 0x0007 | On/Off Switch Configuration | Attributes and commands for configuring on/off switching devices |
| 0x0008 | Level Control | Attributes and commands for controlling a characteristic of devices that can be set to a level between fully 'On' and fully 'Off'. |

Source: Zigbee Cluster Library Specification – 2016